IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAURICIO OROZCO-RIOS, | ) |
|     Movant, | ) |
| v. | ) No. 3:14-cv-00568 |
| UNITED STATES OF AMERICA, | ) Judge Trauger |
|     Respondent. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the court finds that the movant, Mauricio Orozco-Rios, is entitled to resentencing. The court, therefore, **GRANTS** his motion (ECF No. 1) and amended motion (ECF No. 53) for relief from the sentence imposed on March 9, 2011. The sentence set forth in the judgment entered on March 16, 2011, Case No. 3:09-cr-00186 (ECF No. 650) is **VACATED**.

The movant's guilty plea and the order accepting it remain in effect. The movant shall remain in custody, and the court will enter a separate order setting the date for a new sentencing hearing.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge